NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


POSPIECH CONTRACTING, INC., )
)
Appellant, )
)
v. ) Case No. 2D18-1850
)
CITY OF BARTOW, a Florida municipal )
corporation; and METRO EQUIPMENT )
SERVICE, INC., a Florida corporation, )
)
Appellees. )
_____ )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Polk
County; Randall G. McDonald, Senior
Judge.

Kevin K. Dixon of Kevin K. Dixon, P.A.,
Inverness, for Appellant.

Ira Libanoff and Jordan Nadel of
Ferencik Libanoff Brandt Bustamante &
Goldstein, P.A., Fort Lauderdale, for
Appellee Metro Equipment Service, Inc.

No appearance for Appellee City of Bartow.

PER CURIAM.


Affirmed.


LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.